# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

### THE UNITED STATES OF AMERICA

vs

### DONALD RAMIREZ

**FILED**
JAN 23 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

CR-25 00019 EJD  NC

## INDICTMENT

**COUNT ONE:** 18 U.S.C. § 2422(b) – Attempted Coercion and Enticement

**COUNT TWO:** 18 U.S.C. §§ 2252(a)(2) and (b)(1) – Distribution of Child Pornography

**COUNT THREE:** 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography

*A true bill.*

_____
Foreperson

Filed in open court this **23** day of **January** A.D. 202**5**

_____
United States Magistrate Judge

Bail. $ **No bail arrest warrant**

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

**FILED**

JAN 23 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONALD RAMIREZ, <br><br> Defendant. | CASE NO. CR-25-00019 EJD NC <br><br> VIOLATIONS: 18 U.S.C. § 2422(b) – Attempted Coercion and Enticement; 18 U.S.C. § 2252(a)(2) – Distribution of Child Pornography; 18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography; 18 U.S.C. §§ 2253, 2428 – Criminal Forfeiture <br><br> SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:      (18 U.S.C. § 2422(b) – Attempted Coercion and Enticement)

Beginning on or about May 4, 2022 and continuing until on or about May 11, 2023, in the Northern District of California, the defendant,

DONALD RAMIREZ,

using the mail and any facility and means of interstate and foreign commerce, did attempt to knowingly persuade, induce, entice, and coerce MV1, a minor who had not attained the age of 18 years, to engage in prostitution and any sexual activity for which any person can be charged with a criminal offense, including production of child pornography, distributing harmful material to a minor, and contacting a minor to commit a felony in violation of 18 U.S.C. Section 2251 and California Penal Code Sections

INDICTMENT                                  1

288.2 and 288.3.

All in violation of Title 18, United States Code, Section 2422(b).

COUNT TWO:    (18 U.S.C. §§ 2252(a)(2) and (b)(1) – Distribution of Child Pornography)

Beginning on or about April 12, 2023 and continuing until on or about June 17, 2023, in the Northern District of California, the defendant,

DONALD RAMIREZ,

did knowingly distribute one or more visual depictions using any means and facility of interstate and foreign commerce, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, and the visual depictions were of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

COUNT THREE:    (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

On or about October 21, 2023, in the Northern District of California, the defendant,

DONALD RAMIREZ

did knowingly possess matter which contained at least one visual depiction that had been shipped and transported using a means and facility of interstate and foreign commerce and was produced using materials that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, including by computer, the production of which visual depiction involved the use of a prepubescent minor engaging in sexually explicit conduct, and the visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

FORFEITURE ALLEGATION:    (18 U.S.C. §§ 2253 and 2428)

The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 2253(a), and 2428(a).

Pursuant to Title 18, United States Code, Section 2428, upon conviction of Count One of the Indictment, the defendant,

DONALD RAMIREZ,

shall forfeit to the United States of America shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the

offenses and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offenses.

Pursuant to Title 18, United States Code, Section 2253(a), upon conviction of Counts Two or Three of this Indictment, the defendant,

DONALD RAMIREZ,

shall forfeit to the United States of America:

   a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

   b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

   c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses and any property traceable to such property.

The property to be forfeited upon conviction of Counts One, Two, or Three includes, but is not limited to:

   a. Silver-colored HP ProBook 445 G9 laptop computer (Serial: S672NL0W356253);
   b. 1 TB Seagate Expansion external storage device (Serial: 2GH5VSLT);
   c. 1 TB Samsung T7 external storage device (Serial: S5T3NJ0R309981D).

If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b)

1  and Title 28, United States Code, Section 2461(c).

2  All pursuant to Title 18 United States Code Sections 2253 and 2428(a), Title 28, United States
3  Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

A TRUE BILL.

DATED: 01/23/2025

_____
FOREPERSON

ISMAIL J. RAMSEY
United States Attorney

            /s/
_____
JOHNNY E. JAMES JR.
Special Assistant United States Attorney

MCKENZIE HIGHTOWER
Trial Attorney

INDICTMENT                                4